## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:12-cv-874-RGA |
| ADOBE SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by plaintiff, Parallel Iron, LLC, against defendant, Adobe Systems, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff, Parallel Iron LLC, against defendant, Adobe Systems, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**LICENSED PATENTS SETTLEMENT AGREEMENT**" and dated November 11, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

*/s/ Richard G. Andrews*  11/12/2013
Richard G. Andrews
United States District Judge